# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### STATESBORO DIVISION

| | |
|---|---|
| DEXTER FITZPATRICK; WILLIE MOSLEY; KELVIN TANKERSLEY; KENNARD SMITH; EDDIE MANN, JR.; and ALPHEAUS PUTMON,<br><br>Plaintiffs,<br><br>v.<br><br>GEORGIA DEPARTMENT OF CORRECTIONS; GEORGIA STATE PRISON; GEORGIA HEALTH SCIENCES UNIVERSITY, GEORGIA CORRECTOINAL HEALTHCARE; DONALD JARRIEL; BRUCE CHATMAN; DR. TOMMY LEE JONES; DR. DEAN BROOME; JOHN PAUL; JOHN DOES, 1-3; Commissioner BRIAN OWENS; and SAM OLENS,<br><br>Defendants. | CIVIL ACTION NO.: CV612–022<br><br> |

## ORDER

Plaintiffs filed this complaint on March 14, 2012. On April 11, 2012, Defendants filed a Motion to Dismiss. Plaintiffs filed a Response to Defendants' Motion to Dismiss and simultaneously filed their First Motion to Amend/Correct Complaint. By Order dated June 4, 2012, Magistrate Judge James E. Graham granted Plaintiffs' Motion to Amend, and Plaintiffs' Amended Complaint was filed on June 12, 2012. As the Plaintiffs' have amended their complaint, Defendants' Motion to Dismiss (Doc. No. 15) is **dismissed** as moot.

**SO ORDERED**, this /8 day of June, 2012.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)