UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| WILLIE MOSLEY; KENNARD SMITH; EDDIE MANN, JR.; and ALPHEAUS PUTMON, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 6:12-cv-22 |
| DONALD JARRIEL; BRUCE CHATMAN; DR. TOMMY LEE JONES; DR. DEAN BROOME; JOHN PAUL; BRIAN OWENS; and SAM OLENS, | ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation ("R&R"), to which no objections have been filed. ECF No. 164. The R&R is adopted as the opinion of the Court. Defendants' Motion for Summary Judgment, ECF No. 125, is **GRANTED**. The Clerk shall enter judgment accordingly.

The Defendants also filed an objection to the Magistrate Judge's ruling on admissibility of expert testimony. ECF No. 162. As Defendants have prevailed in spite of the Magistrate Judge's ruling, the objection is **DISMISSED AS MOOT**.

The 24 day of April, 2014

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA